

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE ELIAS J. CERVANTES-ESPINOZA, | § | No. 08-14-00062-CV |
|  | § | ORIGINAL PROCEEDING |
|  |  | ON PETITION FOR WRIT OF |
| RELATOR. | § | MANDAMUS |
|  | § |  |

## <u>MEMORANDUM  OPINION</u>

Relator, Elias J. Cervantes-Espinoza, has filed a motion to dismiss the mandamus proceeding he previously filed against the Honorable Mike Herrera, Judge of the 383rd District Court of El Paso County, Texas.  We grant the motion and dismiss the mandamus petition.

March 12, 2014

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.